**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

| | |
|---|---|
| FMS Investment Corp., | |
| Plaintiff, | 19-308 C |
| v. | Case No. XX-XXX |
| THE UNITED STATES, | Judge:_____ |
| Defendant. | |

## NOTICE OF RELATED CASES

Pursuant to RCFC 40.2, Plaintiff FMS Investment Corp. ("FMS") states that the following cases previously pending before this Court are related to the instant action:

- *Navient Solutions, LLC et al. v. United States*, No. 18-cv-01679 et al.

This bid protest is the most recent in a series of protests relating to the Department of Education's attempts to procure defaulted student loan collection services. Instead of accepting supplemental complaints in the above-listed bid protests, Judge Wheeler dismissed the above-listed protests without prejudice, stating:

> Because the parties' allegations concern ED's new solicitation, the Court orders Continental, FMS, and other plaintiffs to Case No. 18-1679 who wish to contest ED's revised solicitation, to file their new complaints separately. The Court will open a fresh docket to address the parties' new protests. The Clerk of Court is directed to waive the filing fees for parties to Case No. 18-1679 who wish to

1

file new complaints related to ED's revised solicitation. The parties should call the Clerk's office before filing. The cases consolidated under Case No. 18-1679 are hereby dismissed without prejudice.

*Navient Solutions, LLC et al. v. United States*, No. 18-cv-01679 et al., Dkt. No. 81.  This Complaint contains FMS's protest challenges to the revised Department of Education solicitations.

The above cases were assigned to Judge Wheeler, who similarly has handled related litigation involving ED and its attempts to procure default collection services.  FMS believes assigning the instant action to Judge Wheeler will conserve judicial resources and promote the efficient administration of justice.

FMS also understands that several additional parties may be filing bid protests challenging the Department of Education's revised solicitations in the near future.

Respectfully submitted,

s/ David R. Johnson
David R. Johnson
VINSON & ELKINS LLP
2200 Pennsylvania Ave. NW
Suite 500 W
Washington, DC 20037
Tel: (202) 639-6500
Fax: (202) 879-8980
Email: drjohnson@velaw.com

Dated: February 27, 2019

*Attorney of Record for FMS Investment Corp.*