**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**

|  |  |
|---|---|
| FMS Investment Corp., ) | **19-308 C** |
| ) | |
| Plaintiff, ) | Case No. XX-XXX |
| ) | |
| v. ) | Judge:_____ |
| ) | |
| THE UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, the undersigned counsel of record for FMS Investment Corp. ("FMS") states that FMS is a wholly-owned subsidiary of Ceannate Corporation.

                                                    Respectfully submitted,

                                                    s/ David R. Johnson
                                                    David R. Johnson
                                                    VINSON & ELKINS LLP
                                                    2200 Pennsylvania Ave. NW
                                                    Suite 500 W
                                                    Washington, DC 20037
                                                    Tel: (202) 639-6500
                                                    Fax: (202) 879-8980
                                                    Email: drjohnson@velaw.com

Dated: February 27, 2019                            *Attorney of Record for FMS*
                                                               *Investment Corp.*