# In the United States Court of Federal Claims

No. 19-308C, 19-331C

(Filed: March 5, 2019)

```
************************************* *
FMS INVESTMENT CORP.,                *
                        Plaintiff,   *
  v.                                 *
                                     *
THE UNITED STATES,                   *
                        Defendant.   *
************************************* *
CONTINENTAL SERVICE GROUP, INC.,     *
                        Plaintiff,   *
  v.                                 *
                                     *
THE UNITED STATES,                   *
                        Defendant.   *
************************************* *
```

## SCHEDULING ORDER

The Court will hold a telephonic status conference in the above-captioned cases on Thursday, March 7, 2019, at 3:00 PM EST.  Prior to this time, counsel for the parties will receive instructions on joining the conference call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge