# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C
(consolidated)

(Filed: March 12, 2019)

```
*****************************************
                                          *
FMS INVESTMENT CORP., et al.,             *
                                          *
                 Plaintiff,               *
                                          *
 v.                                       *
                                          *
UNITED STATES,                            *
                                          *
                 Defendant,               *
                                          *
*****************************************
```

## FIRST AMENDMENT TO CONSOLIDATION ORDER

On March 7, 2019, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 19-308C, and Continental Service Group, Inc. v. United States, No. 19-331C.

On March 11, 2019, GC Services Limited Partnership filed the related case GC Services Limited Partnership v. United States, No. 19-372C. The newly filed case has factual and legal commonalities to the FMS Investment Corp. case and concern the same bid protest.

Accordingly, GC Services Limited Partnership v. United States, No. 19-372C, is hereby consolidated under the lead case, FMS Investment Corp. v. United States, No. 19-308C.

IT IS SO ORDERED.

s/ Thomas C. Wheeler<br>
THOMAS C. WHEELER<br>
Judge