**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**BID PROTEST**

| | |
|---|---|
| **FMS INVESTMENT CORP.**, *et al.*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Nos. 19-308C, 18-331C, 19-372C<br>) (Consolidated)<br>) |
| **UNITED STATES**, | ) (Judge Thomas C. Wheeler)<br>) |
| Defendant. | )<br>)<br>) |

**<u>DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD</u>**

Pursuant to Paragraph 21 of Appendix C of the Rules of the United States Court of Federal Claims and the Court's March 7, 2019 consolidation and scheduling order, defendant, the United States, respectfully provides notice that it is filing, under seal, the administrative record relevant to the Department of Education's cancellation of Solicitation No. ED-FSA-16-R-0009 for debt collection services in the above-captioned bid protest via the Court's CM/ECF system.

The United States will also provide a paper copy of the administrative record to chambers by March 15, 2019.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
| OF COUNSEL: |  |
| TRACEY SASSER<br>Assistant General Counsel<br>United States Department of Education<br>Division of Business and Administrative Law | s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| JANA MOSES<br>DAVID R. PEHLKE<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch | s/ Alexis J. Echols<br>ALEXIS J. ECHOLS<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Telephone: (202) 616-0463<br>Facsimile:  (202) 307-2503<br>E-mail: alexis.j.echols@usdoj.gov |
| March 13, 2019 | Attorneys for Defendant |