## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| **FMS INVESTMENT CORP.,** *et al.*, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Nos. 19-308C, 18-331C, 19-372C** |
| v. ) | **(Consolidated)** |
| ) | |
| **UNITED STATES,** ) | **(Judge Thomas C. Wheeler)** |
| ) | |
| **Defendant.** ) | |
| ) | |

## **DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD**

Pursuant to Paragraph 21 of Appendix C of the Rules of the United States Court of Federal Claims and the Court's orders, dated March 7 and March 14, 2019 (ECF Nos. 9 and 19), defendant, the United States, respectfully provides notice that it is filing, under seal, the remainder of the administrative record, along with the appropriate certifications, in the above-captioned bid protest via the Court's CM/ECF system.

The United States will also provide a paper copy of the administrative record to chambers by March 15, 2019.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

OF COUNSEL:

TRACEY SASSER
Assistant General Counsel
United States Department of Education
Division of Business and Administrative Law

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

JANA MOSES
DAVID R. PEHLKE
Trial Attorneys
United States Department of Justice
Civil Division
Commercial Litigation Branch

s/ Alexis J. Echols
ALEXIS J. ECHOLS
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Telephone: (202) 616-0463
Facsimile:  (202) 307-2503
E-mail: alexis.j.echols@usdoj.gov

March 14, 2019

Attorneys for Defendant