# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C
(consolidated)

(Filed: March 18, 2019)

```
*****************************************
                                         *
FMS INVESTMENT CORP., et al.,            *
                                         *
                     Plaintiff,          *
                                         *
v.                                       *
                                         *
UNITED STATES,                           *
                                         *
                     Defendant,          *
                                         *
*****************************************
```

## ORDER

On March 16, 2019, Plaintiff Continental Service Group, Inc. filed an unopposed motion to postpone the scheduled March 18, 2019 status conference to give the parties more time to file and review the administrative record. For good cause shown, the motion is GRANTED.

The March 18, 2019 status conference is hereby cancelled. The Court will instead hold a telephonic status conference in this case on Thursday, March 21, 2019, at 2 PM EDT. Prior to this time, counsel for the parties will receive instructions on joining the conference call.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
