# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C
(consolidated)

(Filed: March 21, 2019)

```
*****************************************
                                         *
FMS INVESTMENT CORP., et al.,            *
                                         *
                   Plaintiff,            *
                                         *
v.                                       *
                                         *
UNITED STATES,                           *
                                         *
                   Defendant,            *
                                         *
*****************************************
```

## ORDER

On March 21, 2019, the Court held a telephonic status conference in the above-captioned consolidated bid protests. As discussed with the parties during the conference, the Court hereby adopts the following briefing schedule:

1. Plaintiffs shall submit their motions for preliminary injunction on or before Friday, March 29, 2019.

2. Defendant shall submit its response on or before Wednesday, April 10, 2019.

3. Plaintiffs shall submit their replies on or before Monday, April 15, 2019.

The Court will hold a hearing on the motions on April 16, 2019, at 10 AM EDT at the National Courts Building in Washington, DC.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge