# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C, 19-441C (consolidated)
(Filed: March 26, 2019)

*****************************************
\*
FMS INVESTMENT CORP., *et al.*, \*
\*
                Plaintiff, \*
\*
v. \*
\*
UNITED STATES, \*
\*
                Defendant, \*
\*
*****************************************

## SECOND AMENDMENT TO CONSOLIDATION ORDER

On March 7, 2019, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 19-308C, and Continental Service Group, Inc. v. United States, No. 19-331C. On March 11, 2019, the Court entered an order consolidating the related case GC Services Limited Partnership v. United States, No. 19-372C, with the FMS Investment Corp., et al. case.

On March 25, 2019, Account Control Technology, Inc. filed the related case Account Control Technology, Inc. v. United States, No. 19-441C. The newly filed case has factual and legal commonalties with the FMS Investment Corp., et al. case and concerns the same bid protest.

Accordingly, Account Control Technology, Inc. v. United States, No. 19-441C, is hereby consolidated under the lead case, FMS Investment Corp. et al. v. United States, No. 19-308C. As a consolidated plaintiff, Account Control Technology, Inc. is subject to the Court's March 14, 2019 Protective Order, Dkt. No. 20, and the Court's March 21, 2019 Scheduling Order, Dkt. No. 44.

IT IS SO ORDERED.

                                                                         s/ Thomas C. Wheeler
                                                                         THOMAS C. WHEELER
                                                                         Judge