# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C, 19-441C, 19-472C, 19-478C
(consolidated)

(Filed: April 1, 2019)

```
************************************* *
                                      *
FMS INVESTMENT CORP., et al.,         *
                                      *
                 Plaintiff,           *
                                      *
v.                                    *
                                      *
UNITED STATES,                        *
                                      *
                 Defendant,           *
                                      *
************************************* *
```

## FOURTH AMENDMENT TO CONSOLIDATION ORDER

On March 7, 2019, the Court entered an order consolidating the related cases of FMS Investment Corp. v. United States, No. 19-308C, and Continental Service Group, Inc. v. United States, No. 19-331C. Between March 11, 2019, and April 1, 2019, the court entered three orders consolidating the related cases of GC Services Limited Partnership v. United States, No. 19-372C, Account Control Technology, Inc. v. United States, No. 19-441C, and Windham Professionals, Inc. v. United States, 19-472C, with the FMS Investment Corp., et al. case.

On April 1, 2019, the Higher Education Loan Authority of the State of Missouri ("MOHELA") and Granite State Management and Resources filed the related case Higher Education Loan Authority of the State of Missouri, et al. v. United States, 19-478. The newly filed case has factual and legal commonalities with the FMS Investment Corp. et al. case and concerns the same bid protest.

Accordingly, Higher Education Loan Authority of the State of Missouri, et al. v. United States, 19-478, is hereby consolidated under the lead case, FMS Investment Corp, et al. v. United States, No. 19-308C.

As consolidated plaintiffs, MOHELA and Granite State Management and Resources are subject the Court's March 14, 2019 Protective Order, Dkt. No. 20. Accordingly,

MOHELA and Granite State Management and Resources' April 1, 2019 Motion for Protective Order is DENIED as moot.

    IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
