# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C, 19-441C, 19-472C
(consolidated)

(Filed: April 8, 2019)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                      Plaintiff,       *
                                       *
v.                                     *
                                       *
UNITED STATES,                         *
                                       *
                      Defendant,       *
                                       *
*************************************  *
```

ORDER ON MOTION TO SUPPLEMENT PRELIMINARY INJUNCTION MOTION

On April 5, 2019, Windham Professionals, Inc. ("Windham") filed an unopposed motion to supplement its preliminary injunction motion with a declaration by Mr. Chuck Harper, President of Windham's Government Sector. For good cause shown, the motion is GRANTED. Windham is directed to file Mr. Harper's declaration as a separate item on the docket in CM/ECF.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge
