# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES <br><br> Defendant. | No. 19-308C, 19-331C, 19-372C (consolidated) <br><br> Judge Thomas C. Wheeler |

## JOINT PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's request at the April 16, 2019 hearing, the parties have met and conferred and, on behalf of all parties involved in this litigation, Plaintiff Continental Service Group, Inc. ("ConServe") hereby submits this Joint Proposed Briefing Schedule in the above-captioned bid protest:

- By Friday, May 3, 2019 – Defendant to file the public version of the Administrative Record;

- By Monday, May 20, 2019 – Plaintiffs to file their respective Motions for Judgment on the Administrative Record ("MJAR");

- By Thursday, June 6, 2019 – Defendant to file its Opposition and/or Cross-MJAR;

- By Thursday, June 20, 2019 – Plaintiffs to file their respective Replies and/or Opposition to Cross-MJAR; and

- By Friday, July 5, 2019 – Defendant to file its Reply.

Dated: April 19, 2019

Respectfully submitted,

Of Counsel:
Richard B. Oliver
J. Matthew Carter
Aaron S. Ralph
Kevin Massoudi
**PILLSBURY WINTHROP**

/s/ Todd J. Canni
Todd J. Canni
**PILLSBURY WINTHROP**
**SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406

**SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7100
(213) 629-1033 (fax)
richard.oliver@pillsburylaw.com
matt.carter@pillsburylaw.com
aaron.ralph@pillsburylaw.com
kevin.massoudi@pillsburylaw.com

(213) 488-7213
(213) 629-1033 (fax)
todd.canni@pillsburylaw.com

*Attorney of Record for Continental Service Group, Inc.*

Alexander B. Ginsberg
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
1650 Tysons Boulevard
McLean, VA 22102
(703) 770-7521
(703) 770-7901 (fax)
alexander.ginsberg@pillsburylaw.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was filed electronically via the CM/ECF system on this 19th day of April 2019:

/s/ Todd J. Canni
Todd J. Canni
