# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 19-308C |
| v. ) | (Consolidated) |
| ) | |
| UNITED STATES, ) | (Judge Thomas C. Wheeler) |
| ) | |
| Defendant. ) | |

## DEFENDANT'S NOTICE OF RE-FILING PORTIONS OF THE ADMINISTRATIVE RECORD

Defendant, the United States, respectfully submits this notice of re-filing portions of the administrative record filed under seal via the Court's CM/ECF system on March 13 and 15, 2019. *See* Dkt. Nos. 17, 35, 37, 40. The clerk's office for this Court has informed us that the following docket entries containing portions of the administrative record, although filed properly, have become corrupted and are inaccessible:

- No. 17, attachment 5;
- No. 35, attachments 3, 4;
- No. 37, attachment 2; and
- No. 40, attachment 2

Therefore, we are re-filing those documents via the Court's CM/ECF system. We have already caused to be filed with the Court a paper copy of the administrative record for chambers, on March 15, 2019. We have also served copies of the administrative record (on CD-ROM) on counsel for plaintiffs.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

OF COUNSEL:

| | |
|---|---|
| TRACEY SASSER<br>Assistant General Counsel<br>United States Department of Education<br>Division of Business and Administrative Law | s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| JANA MOSES<br>DAVID R. PEHLKE<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch | s/ Alexis J. Echols<br>ALEXIS J. ECHOLS<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Telephone: (202) 616-0463<br>Facsimile:  (202) 307-2503<br>E-mail: alexis.j.echols@usdoj.gov |
| April 19, 2019 | Attorneys for Defendant |