## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

### BID PROTEST

| | |
|---|---|
| **FMS INVESTMENT CORP.**, *et al.*, )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**UNITED STATES,** )<br>)<br>**Defendant.** )<br>) | No. 19-308C<br>(Consolidated)<br><br>(Judge Thomas C. Wheeler) |

### DEFENDANT'S MOTION FOR LEAVE TO
### FILE THE ADMINISTRATIVE RECORD ON CD-ROM

Pursuant to Appendix E of the Rules of the United States Court of Federal Claims, and the parties' joint proposed briefing schedule (ECF No. 81), defendant, the United States, respectfully requests an order granting the Government leave to file the administrative record on CD-ROM.

On March 14 and 15, 2019, undersigned counsel for defendant electronically filed the administrative record under seal via the Court's CM/ECF system (ECF Nos. 25-41), but counsel encountered several technical issues, which resulted in counsel having to re-file portions of the administrative record on April 19, 2019 (ECF Nos. 83-87). Pursuant to the Court's March 14, 2019 protective order in this case (ECF No. 20), the United States must also file a public version of the administrative record. In order to avoid these issues in future filings of the administrative record, we respectfully request that the Court grant this motion for leave to file the administrative record on CD-ROM. In accordance with this motion, we will serve copies of the administrative record on CD-ROM on counsel for plaintiffs.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | JOSEPH H. HUNT<br>Assistant Attorney General |
|  | ROBERT E. KIRSCHMAN, JR.<br>Director |
| OF COUNSEL: |  |
| TRACEY SASSER<br>Assistant General Counsel<br>United States Department of Education<br>Division of Business and Administrative Law | s/ Patricia M. McCarthy<br>PATRICIA M. McCARTHY<br>Assistant Director |
| JANA MOSES<br>DAVID R. PEHLKE<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch | s/ Alexis J. Echols<br>ALEXIS J. ECHOLS<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC  20044<br>Telephone: (202) 616-0463<br>Facsimile:  (202) 307-2503<br>E-mail: alexis.j.echols@usdoj.gov |
| May 1, 2019 | Attorneys for Defendant |