# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C, 19-441C, 19-472C, 19-478C (consolidated)
(Filed: May 1, 2019)

```
*************************************  *
                                       *
FMS INVESTMENT CORP., et al.,          *
                                       *
                    Plaintiff,         *
                                       *
v.                                     *
                                       *
UNITED STATES,                         *
                                       *
                    Defendant,         *
                                       *
*************************************  *
```

## ORDER

On April 19, 2019, the parties filed a joint notice proposing a briefing schedule in the above-captioned consolidated bid protests. For good cause shown, the Court GRANTS the parties' requested schedule as proposed.

- Defendant to file the public version of the Administrative Record by Friday, May 3, 2019.

- Plaintiffs to file their respective Motions for Judgment on the Administrative Record ("MJAR") on or before Monday, May 20, 2019.

- Defendant to file its Response and Cross-MJAR by Thursday, June 6, 2019.

- Plaintiffs to file their respective Replies and Responses to Defendant's Cross-MJAR by Thursday, June 20, 2019.

- Defendant to file its Reply by Friday, July 5, 2019.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge