# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C, 19-441C, 19-472C, 19-478C (consolidated)
(Filed: May 1, 2019)

```
*************************** *
                            *
FMS INVESTMENT CORP., et al., *
                            *
              Plaintiff,    *
                            *
v.                          *
                            *
UNITED STATES,              *
                            *
              Defendant,    *
                            *
*************************** *
```

## ORDER

On May 1, 2019, Defendant filed a motion asking the Court for leave to file the administrative record on CD-ROM. For good cause shown, the motion is GRANTED. Defendant may file the administrative record on CD-ROM.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge