# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| **FMS INVESTMENT CORP.**, *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | No. 19-308C |
| v. ) | (Consolidated) |
| ) | |
| **UNITED STATES,** ) | (Judge Thomas C. Wheeler) |
| ) | |
| **Defendant.** ) | |

### DEFENDANT'S NOTICE OF FILING
### PUBLIC VERSION OF ADMINISTRATIVE RECORD

Pursuant to paragraph 21 of Appendix C of the Rules of the United States Court of Federal Claims, and the Court's May 1, 2019 orders (ECF Nos. 93 and 94), defendant, the United States, provides this notice that it is filing the public version of the administrative record filed on March 14 and 15, 2019 (ECF Nos. 25-41) in this matter. Defendant is filing and serving on plaintiffs the public version of the administrative record by submitting the record on CD-ROM.

<div style="display:flex"><div>

OF COUNSEL:

TRACEY SASSER
Assistant General Counsel
United States Department of Education
Division of Business and Administrative Law


JANA MOSES
DAVID R. PEHLKE
Trial Attorneys
United States Department of Justice
Civil Division
Commercial Litigation Branch



May 3, 2019
</div><div>
Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General


ROBERT E. KIRSCHMAN, JR.
Director


s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director


s/ Alexis J. Echols
ALEXIS J. ECHOLS
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Telephone: (202) 616-0463
Facsimile:  (202) 307-2503
E-mail: alexis.j.echols@usdoj.gov

Attorneys for Defendant
</div></div>