# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

|  |  |  |
|---|---|---|
| **FMS INVESTMENT CORP.**, *et al.*, | ) ) ) | |
| **Plaintiffs,** | ) ) | **No. 19-308C** |
| v. | ) ) | **(Consolidated)** |
| **UNITED STATES,** | ) ) | **(Judge Thomas C. Wheeler)** |
| **Defendant.** | ) ) ) ) | |

## DEFENDANT'S UNOPPOSED MOTION TO MODIFY THE SCHEDULING ORDER

Defendant, the United States, respectfully requests an order to modify the May 1, 2019 Scheduling Order. ECF No. 93. Counsel for defendant has discussed this request with counsel for plaintiffs, all of whom have indicated that they do not oppose this motion.

On April 1, 2019, after undersigned counsel for the United States filed the administrative record, the Higher Education Loan Authority of the State of Missouri (MOHELA) and Granite State Management and Resources (Granite State) filed a related protest in this Court (Case No. 19-478), raising unique bid protest challenges. Following consultation with counsel for MOHELA and Granite State, the United States intends to seek leave to amend the administrative record to include additional documents that are responsive to MOHELA and Granite State's allegations in this protest. To afford all plaintiffs an opportunity to review the additional documents and to make use of these documents when preparing their briefs, the United States respectfully requests an order to modify the existing scheduling order as follows:

| Defendant to file additional administrative record documents | May 16, 2019 |
|---|---|
| Plaintiffs' respective Motions for Judgment on the Administrative Record ("MJAR") | June 3, 2019 |
| Defendant's Response and Cross-MJAR | June 17, 2019 |
| Plaintiffs' respective Replies and Responses to Defendant's Cross-MJAR | July 1, 2019 |
| Defendant's Reply | July 10, 2019 |

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

OF COUNSEL:

TRACEY SASSER
Assistant General Counsel
United States Department of Education
Division of Business and Administrative Law

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

s/ Alexis J. Echols
ALEXIS J. ECHOLS
Trial Attorney
United States Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Telephone: (202) 616-0463
Facsimile:  (202) 307-2503
E-mail: alexis.j.echols@usdoj.gov

JANA MOSES
DAVID R. PEHLKE
Trial Attorneys
United States Department of Justice
Civil Division
Commercial Litigation Branch

May 16, 2019

Attorneys for Defendant