# In the United States Court of Federal Claims

Nos. 19-308C, 19-331C, 19-372C, 19-478C (consolidated)

(Filed: June 20, 2019)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FMS INVESTMENT CORP., *et al.*,

                Plaintiff,

v.

UNITED STATES,

                Defendant,

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Court will hear oral argument on the parties' cross-motions for judgment on the administrative record in the above-captioned consolidated bid protests on Wednesday, July 17, 2019, at 10:00 AM EDT at the National Courts Building, 717 Madison Pl. N.W., Washington, DC.

IT IS SO ORDERED.

                                                                s/ Thomas C. Wheeler
                                                                 THOMAS C. WHEELER
                                                                 Judge