# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES <br><br> Defendant. | No. 19-308C, 19-331C, 19-372C <br> (consolidated) <br><br> Judge Thomas C. Wheeler |

## PLAINTIFFS' JOINT MOTION FOR LEAVE OF COURT TO FILE JOINT PROPOSED ORDER

Plaintiffs Continental Service Group, Inc. ("ConServe"), FMS Investment Corporation ("FMS"), and GC Services Limited Partnership ("GC Services") (together, "Plaintiffs"), respectfully jointly request that the Court enter an order granting Plaintiffs leave to file the attached Joint Proposed Order as a supplement to the Plaintiffs' respective Motions for Judgment on the Administrative Record.

In support of this Motion, Plaintiffs state that:

1. Pursuant to Rule of the Court of Federal Claims ("RCFC") 20(a)(3), any motion may be accompanied by a proposed order; and

2. To the extent the Court is inclined to rule in favor of Plaintiffs' Requests for Relief, the attached Proposed Order provides this Court with the specific relief Plaintiffs desire.

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order granting Plaintiffs leave to file the attached Joint Proposed Order as a supplement to the Plaintiffs' respective Motions for Judgment on the Administrative Record.

Dated: July 18, 2019                              Respectfully submitted,


/s/ Todd J. Canni
Todd J. Canni
**PILLSBURY WINTHROP
SHAW PITTMAN LLP**
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
(213) 488-7213
(213) 629-1033 (fax)
todd.canni@pillsburylaw.com

*Attorney of Record for Continental Service Group, Inc.*

/s/ David R. Johnson
David R. Johnson
**VINSON & ELKINS LLP**
2200 Pennsylvania Avenue, N.W.
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Facsimile: (202) 639-6604
drjohnson@velaw.com

*Attorney of Record for Plaintiff FMS Investment Corp.*

/s/William M. Jack
William M. Jack
**KELLEY DRYE & WARREN LLP**
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007-5108
(202) 342-8521
(202) 342-8451 (Fax)
wjack@kelleydrye.com

*Attorney of Record for Plaintiff GC Services Limited Partnership*

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES <br><br> Defendant. | No. 19-308C, 19-331C, 19-372C <br> (consolidated) <br><br> Judge Thomas C. Wheeler |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

This matter having come before the Court on Plaintiffs' Motions for Judgment on the Administrative Record, and the Court being fully apprised of the premises and having considered any opposition thereto, it is this __ day of _____ 2019, by the United States Court of Federal Claims:

ORDERED that Plaintiffs' Motions for Judgment on the Administrative Record are GRANTED;

FURTHER ORDERED that the Defendant, the United States, and its officers, agents, and employees, acting through the Department of Education ("ED") is enjoined from further proceeding with the receipt and evaluation of proposals under Solicitation No. 910031-19-R-0008 for Business Process Operations (the "BPO Solicitation") wherein default recovery services are consolidated with other services;

FURTHER ORDERED that the Defendant, the United States, and its officers, agents and employees, acting through ED is enjoined from cancelling Solicitation No. ED-FSA-16-R-0009 (the "Default Collection Procurement") until ED issues a new solicitation or amends the BPO Solicitation in such a manner as to allow interested offerors, on an individual basis, to submit

3

independent proposals for default recovery services to allow for full and open competition as required under the Competition in Contracting Act, 41 U.S.C. § 3306, ("CICA") by allowing offerors to submit proposals for default recovery services;

FURTHER ORDERED that any such solicitation for default recovery services or similar amendment to the BPO Solicitation shall be issued within 30 days of the issuance of this Order and ED shall implement a timeline that leads to the awards within 90 days of the issuance of the solicitation or amendment.

_____                                    _____
Dated                                                                                      Thomas C. Wheeler
                                                                                                        Judge