# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

| | |
|---|---|
| FMS INVESTMENT CORP., *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | No. 19-308C (Consolidated) ) ) |
| UNITED STATES, | (Judge Thomas C. Wheeler) ) ) |
| Defendant. | ) ) ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of David R. Pehlke, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

>David R. Pehlke
>Trial Attorney
>Commercial Litigation Branch
>Civil Division
>United States Department of Justice
>PO Box 480
>Ben Franklin Station
>Washington, D.C. 20044

>s/ David R. Pehlke
>David R. Pehlke
>Trial Attorney
>Commercial Litigation Branch
>Civil Division
>Telephone: (202) 307-0252
>Facsimile: (202) 353-0461
>Email: David.R.Pehlke@usdoj.gov

Dated: July 18, 2019