IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, <br><br> and <br><br> GRANITE STATE MANAGEMENT AND RESOURCES, <br>          Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>          Defendant. | No. 19-478 (consolidated with No. 19-308) <br><br> Judge Thomas C. Wheeler |

## JOINT STIPULATION REGARDING VOLUNTARY DISMISSAL

Plaintiffs, Higher Education Loan Authority of the State of Missouri and Granite State Management and Resources, and defendant, the United States, hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims, that plaintiffs' Complaint in the above-captioned matter may be and hereby is voluntary dismissed with prejudice and with each party to bear its own costs and fees.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

/s/ Scott F. Lane
SCOTT F. LANE
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101-1693
Tel:  (314) 552-6535
slane@thompsoncoburn.com

*Counsel for Plaintiffs*

ROBERT E. KIRSCHMAN, JR.
Director

/s/ Patricia M. McCarthy
PATRICIA M. MCCARTHY
Assistant Director

/s/ David R. Pehlke
DAVID R. PEHLKE

                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division
                                                Commercial Litigation Branch
                                                P.O. Box 480
                                                Ben Franklin Station
                                                Washington, D.C.  20044
                                                Tel.:  (202) 307-0252
                                                Email: david.r.pehlke@usdoj.gov

Dated:  July 18, 2019                          *Attorneys for Defendant*