# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

## BID PROTEST

|  |  |
|---|---|
| FMS INVESTMENT CORP., *et al.*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 19-308C (Consolidated) |
| v. ) | |
| ) | (Judge Thomas C. Wheeler) |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

## **NOTICE**

Defendant, the United States, hereby provides notice to the Court and to the parties to this action that pursuant to paragraph 14 of the protective order entered in this matter, Dkt. No. 20, it is waiving protection for the following portions of the administrative record: Tab 1, Tab 16, Tab 17, Tab 31, Tab 32, and Tab 33a.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ROBERT E. KIRSCHMAN, JR.
Director

s/ Patricia M. McCarthy
PATRICIA M. McCARTHY
Assistant Director

OF COUNSEL

s/ David R. Pehlke
DAVID R. PEHLKE
Trial Attorney

TRACEY SASSER
Assistant General Counsel
U.S. Dept. of Education
Division of Business and Administrative Law

United States Department of Justice
Civil Division
Commercial Litigation Branch

P.O. Box 480
Ben Franklin Station
Washington, DC  20044
Telephone: (202) 307-0252
E-mail: david.r.pehlke@usdoj.gov

March 24, 2020                                    Attorneys for Defendant